UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GREGORY TYREE BROWN,

              Plaintiff,

v.

RICHARD MORGAN, et. al.,

              Defendants.

Case No. C16-5975 RBL-TLF

ORDER DISMISSING DEFICIENT CLAIMS

The Court, having reviewed the Report and Recommendation of Judge Theresa L. Fricke, United States Magistrate Judge, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)     the Court adopts the Report and Recommendation;

(2)     paragraphs 44 through 111 of plaintiff's second amended complaint fail to state claims upon which relief may be granted under 42 U.S.C. § 1983, and therefore are DISMISSED with prejudice; and

(3)     this matter is referred back to Judge Fricke for service of plaintiff's second amended complaint and its remaining claims, with instructions that defendants need not respond to any claims contained in paragraphs 44 through 111 of the second amended complaint.

Dated this 5th day of January, 2018.

                                       Ronald B. Leighton
                                       United States District Judge