HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GREGORY TYREE BROWN, | CASE NO. C16-5975RBL-TLF |
| Plaintiff, | ORDER |
| v. | |
| RICHARD MORGAN, et al., | |
| Defendants. | |

THIS MATTER is before the Court on Plaintiff Brown's Motion for an Extension of Time [Dkt. #21] and on Brown's Motion for Reconsideration [Dkt. # 22] of the Court's Order [Dkt. # 20] adopting the Magistrate Judge's Report and Recommendation [Dkt. #19].

Brown seeks an extension of time to respond to the R&R, claiming he did not have enough time to do so. It appears that Brown moved for an extension before this Court entered its Order. The Motions for Reconsideration and for Additional Time to respond to the R&R are GRANTED. Brown shall file his objections to the R&R within **10 days** of this Order.

1    The Court's prior Order [Dkt. # 20] adopting the R&R is **VACATED** and the Court will
2    consider the R&R in light of Brown's objections.
3    IT IS SO ORDERED.
4    Dated this 18th day of January, 2018.

_____
Ronald B. Leighton
United States District Judge