UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GREGORY TYREE BROWN,

                Plaintiff,

v.

RICHARD MORGAN, et. al.,

                Defendants.

Case No. C16-5975 RBL-TLF

ORDER DISMISSING DEFICIENT CLAIMS

THIS MATTER is before the Court on Magistrate Judge Fircke's Report and Recommendation, concluding that paragraphs 44 through 111 of plaintiff's second amended complaint fail to state claims upon which relief may be granted because they are facially time barred. She recommended DISMISSAL of those claims with prejudice. The Magistrate Judge also recommended that the remaining claims be referred back to for resolution of the remaining claims. The Court adopted the Report and recommendation and then permitted Plaintiff Brown additional time to respond to it. He has now done so. [Dkt. #25]

The objections do not address the deficiencies raised in the R&R. Brown continues to complain about events dating to the early 1980s. Those claims are time barred.

The Report and recommendation is ADOPTED and the claims in paragraphs 44 through 111 of Brown's second amended complaint are DISMISSED with prejudice and without leave to amend. The remaining claims are RE-REFERRED to Magistrate Judge Fricke, with the following instruction, as she recommended:

ORDER DISMISSING DEFICIENT CLAIMS - 1

[The matter is referred back] to the [Magistrate Judge] for service of the existing second amended complaint (Dkt. 14), with an explanation to defendants that they need not respond to the portions of the second amended complaint – paragraphs 44 through 111 – that the Court has dismissed with prejudice under the screening provisions of the PLRA.

IT IS SO ORDERED.

Dated this 8th day of March, 2018.

Ronald B. Leighton
United States District Judge

ORDER DISMISSING DEFICIENT CLAIMS - 2