UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GREGORY TYREE BROWN,

                Plaintiff,

  v.

RICHARD MORGAN,

                Defendants.

Case No. C16-5975 RBL-TLF

ORDER GRANTING MOTION TO SUBSTITUTE PARTIES

Plaintiff has filed a motion to substitute parties. Dkt. 32. Plaintiff seeks to substitute the Steve Sinclair, the current Secretary of the Washington State Department of Corrections, in his official capacity, for claims brought in the Second Amended Complaint against defendants Bernard Warner and Eldon Vail in their official capacities.

State officials sued in their official capacities are persons for purposes of § 1983, but only for purposes of injunctive or declaratory relief. *Will v. Mich. Dep't of State Police*, 491 U.S. 58, 71 n.10. The Second Amended Complaint seeks declaratory and injunctive relief, as well as damages. Dkt. 14 at 4. The proper defendant in an official capacity claim is the current occupant of the office. Fed. R. Civ. P. 25(d). A former officer's successor is automatically substituted, but later proceedings "should be in the substituted party's name." *Id*. The court "may order substitution at any time[.]" *Id*. It is therefore appropriate to substitute the current Secretary for purposes of plaintiff's official capacity claims.

ORDER SUBSTITUTING PARTIES-1

It is therefore **Ordered:**

(1) Steve Sinclair is substituted for defendants Bernard Warner and Eldon Vail as an official capacity defendant in plaintiff's Second Amended Complaint, for purposes of injunctive and declaratory relief only; and

(2) The Clerk shall provide a copy of this Order to plaintiff and shall include it with the service of the Second Amended Complaint on defendants.

Dated this 10th day of September, 2018.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge

ORDER SUBSTITUTING PARTIES-2