HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GREGORY TYREE BROWN, | CASE NO. C16-5975RBL-TLF |
| Plaintiff, | ORDER |
| v. | |
| RICHARD L MORGAN, et al., | |
| Defendants. | |

THIS MATTER is before the Court on Magistrate Judge Fricke's Report and Recommendation [Dkt. #87]. The Defendants object to the recommendation that Brown be permitted to amend his complaint a third time [Dkt. # 87]. The Court is sympathetic to the Defendants' desire to short-short circuit implausible claims and avoid unnecessary motion practice. Nevertheless, it adopts the R &R:

1. The Report and Recommendation is **ADOPTED;**

2. Plaintiff Brown's motion [Dkt. # 71] seeking to waive the court rule is **GRANTED** and his alternative request for appointment of counsel is **DENIED**.

3. Brown's Motion to excuse the untimely filing of his motion to file a third amended complaint [Dkt. # 73] is **GRANTED**.

ORDER - 1

1  4. Brown's Motion to File a third amended complaint [Dkt. # 74] is **GRANTED** in part and
2     **DENIED** in part, as described in the R &R. He should file an amended complaint
3     consistent with the R & R (and prior rulings) within **21 days** of this Order;
4  5. Brown's claims against Defendants Margo Jensen, Larry Kincheloe, Robert Moore,
5     Amos Reed, Chase Riveland, Bob Shaw, James Spalding, Eldon Vail, and Robert (Bob)
6     Wright are **DISMISSED** without prejudice.
7  6. Defendants' Motion to Dismiss (aimed at Brown's second amended complaint) is
8     **DENIED** and stricken as moot.
9  The clerk shall send copies of this order to Brown, Defendants' counsel, and Magistrate
10 Judge Fricke.
11 IT IS SO ORDERED.
12 Dated this 22nd day of April, 2020.

_____
Ronald B. Leighton
United States District Judge