1  HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| GREGORY TYREE BROWN, | CASE NO. C16-5975RBL-TLF |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| RICHARD L MORGAN, | |
| Defendant. | |

THIS MATTER is before the Court on its own Motion. In April, the Court adopted the Magistrate Judge's Report and Recommendation and reluctantly offered Plaintiff Brown the opportunity to file a third amended complaint, over the Defendants' strenuous objection. It gave him 21days to file such an amended complaint.

ORDER - 1

1     He has not done so. For the reasons articulated in the Defendants' underlying motion and
2 in their objections to the Magistrate judge's R&R, Brown's remaining claims are DISMISSED.
3     IT IS SO ORDERED.
4     Dated this 14th day of July, 2020.

                                             Ronald B. Leighton
                                             United States District Judge